FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2018
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIK ROJO and<br>GABRIEL MIRABAL,<br><br>  Defendants. | ED CR No. 18-EDCR18-00335-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 111(a)(1), (b): Assault on a Federal Officer Resulting in Bodily Injury; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b), 2(a)]

On or about August 19, 2017, in San Bernardino County, within the Central District of California, defendants ERIK ROJO and GABRIEL MIRABAL, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim B.M., a Federal Bureau of Prisons Correctional Officer at the Victorville Federal Correctional Institution II in Victorville, California, and in doing so made physical contact with B.M., while B.M. was engaged in, and on account of, the performance

of B.M.'s official duties, resulting in the infliction of bodily injury to B.M.

COUNT TWO

[18 U.S.C. §§ 111(a)(1), (b), 2(a)]

On or about August 19, 2017, in San Bernardino County, within the Central District of California, defendants ERIK ROJO and GABRIEL MIRABAL, each aiding and abetting the other, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim A.G., a Federal Bureau of Prisons Correctional Officer at the Victorville Federal Correctional Institution II in

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Victorville, California, and in doing so made physical contact with A.G., while A.G. was engaged in, and on account of, the performance of A.G.'s official duties, resulting in the infliction of bodily injury to A.G.

                                        A TRUE BILL

                                        /S/
                                        _____
                                        Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

KATHY YU
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force Section